## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MIKAYLA NELSON, | ) | Case No. 1:24-cv-1742 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | James E. Grimes, Jr. |
| CREDIT CORPORATION | ) | |
| SOLUTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>OPINION AND ORDER</u>

Plaintiff Mikayla Nelson filed a complaint against two Defendants alleging violations of the Fair Debt Collection Practices Act. (ECF No. 1.) On December 4, 2024, Plaintiff filed a notice of voluntary dismissal with prejudice as to Defendant Experian Information Solutions, Inc., pursuant to Rule 21. (ECF No. 5.)

Rule 21 provides that the court may at any time, on just terms, add or drop a party. Fed. R. Civ. P. 21. Unless the parties agree otherwise, the Court generally drops a party under Rule 21 without prejudice. *See Michaels Bldg. Co. v. Ameritrust Co. N.A.*, 848 F.2d 674, 682 (6th Cir. 1988). Here, Plaintiff moves to dismiss with prejudice. (*See* ECF No. 5.) Dismissal of a party under Rule 21 is committed to the sound discretion of the district court. *Hiller v. HSBC Fin. Corp.*, 589 F. App'x 320, 321 (6th Cir. 2015) (per curiam) (citing *Sutherland v. Michigan Dep't of Treasury*, 344 F.3d 603, 612 (6th Cir. 2003)). Based on the Court's review of the record, and the

failure of any party to object, the Court sees no reason not to dismiss Experian Information Solutions.

After a defendant has filed an answer, as here, or a motion for summary judgment, a plaintiff may obtain a voluntary dismissal through "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii). This type of dismissal generally is without prejudice.  *Id*.  Here, Defendant Credit Corporation Solutions filed an answer on December 23, 2024.  (ECF No. 7.)  Then, on January 7, 2025, Plaintiff and Defendant Credit Corporation Solutions filed a joint stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii).  (ECF No. 10.)  The joint stipulation is signed by counsel for Plaintiff and Defendant Credit Corporation Solutions.  Although Plaintiff also named Experian Information Solutions as a Defendant, Experian Information Solutions did not appear.  Therefore, the stipulation does not require a court order and is self-executing.

For these reasons, the Court **DISMISSES** Experian Information Solutions **WITH PREJUDICE** and closes this case.

**SO ORDERED.**

Dated:  January 7, 2025

_____
      J. Philip Calabrese
      United States District Judge
      Northern District of Ohio